UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CONRAD CASE,**

    Plaintiffs,

v.

**GRADY JUDD, in his official capacity as**      CASE NO.: 8:19-cv-00607-VMC-TGW
**Polk County Sheriff,**

    Defendant.
_____/

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Conrad Case files this notice of dismissal. This dismissal is with prejudice. Mr. Case is not receiving any monetary consideration or any items of measurable monetary value in exchange for this dismissal. Defendant Grady Judd dismisses any potential claims for attorney fees or other costs associated with this litigation.

The undersigned certifies that he has conferred with counsel for Defendant Grady Judd, who does not object to the dismissal of this lawsuit with prejudice, and stipulates to the dismissal under Rule 41. Defendant Grady Judd authorizes his counsel to sign this dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

                s/ *Gregory A. Owens*
                **GREGORY A. OWENS, ESQUIRE**
                Florida Bar No.: 51366
                greg@fgbolaw.com
                **CHRISTOPHER GRAY, ESQUIRE**
                Florida Bar No.: 902004
                chris@fgbolaw.com
                **FLORIN GRAY BOUZAS OWENS, LLC**
                16524 Pointe Village Drive, Suite 100
                Lutz, Florida 33558
                (727) 254-5255

(727) 483-7942 (fax)
*Counsel for Plaintiff*

**Rule 41(a)(1)(A)(ii) stipulation signature:**

/s/*Phillip J. Harris*
**PHILLIP J. HARRIS,** FBN:  0044107
pharris@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
100 North Tampa Street, Suite 3350
Post Office Box 1840
Tampa, Florida  33601-1840
Telephone:     (813) 223-7166
Facsimile       (813) 223-2515
Service Email:         tampa@constangy.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 27th day of February 2020, I electronically filed the foregoing with the Clerk of Court by using the Federal CM/ECF filing system, which will send a Notice of Electronic Filing, along with a true and correct copy of the foregoing via e-mail to the following:

Phillip J. Harris
pharris@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
100 North Tampa Street, Suite 3350
Post Office Box 1840
Tampa, Florida  33601-1840
Telephone:     (813) 223-7166
Facsimile       (813) 223-2515
Service Email: tampa@constangy.com
*Counsel for Defendant*

/s/ *Gregory A. Owens*
**Attorney for Plaintiff**